USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

STEPHEN S. DREW, individually and on behalf of a proposed class,

V.

ENERGY FUTURE HOLDINGS CORPORATION, LUMINANT MINING COMPANY, LLC, and HIRERIGHT SOLUTIONS, INC.,

STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL

CIVIL ACTION NUMBER 3:12-cv-9022

Elizabeth M. Bedell
Morgan, Lewis & Bockius LLP
_____
*Name of Visiting Attorney and firm name*

TX  24045469
_____
*Bar ID number*

ENERGY FUTURE HOLDINGS CORPORATION and LUMINANT MINING COMPANY, LLC
_____
*Name of party represented*

State Bar of Texas
Texas Law Center
1414 Colorado Street, Austin, TX 78701

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

1717 Main Street
Suite 3200
Dallas, TX 75201-7347
_____
*Visiting Attorney's office address*

214-466-4000                           214-466-4001                           ebedell@morganlewis.com
_____        _____         _____
*Visiting Attorney's office telephone number*     *Office fax number*                *Email address*

Erin Elizabeth Magee
Jackson Kelly PLLC
_____
*Name of Sponsoring Attorney and firm name*

WV  6078
_____
*WV Bar ID number*

P.O. Box 553
Charleston, WV 25322

_____
*Sponsoring Attorney's office address*

304-340-1000                           304-340-1051                           emagee@jacksonkelly.com
_____        _____         _____
*Sponsoring Attorney's office telephone number*     *Office fax number*                *Email address*

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| January 28, 2013 | /s/ Elizabeth M. Bedell |
|---|---|
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| January 28, 2013 | /s/ Erin Elizabeth Magee |
|---|---|
| Date | Signature of Sponsoring Attorney |

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration**.