IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**STEPHEN S. DREW, individually and on behalf of a proposed class**

        **Plaintiff**

   v.

**ENERGY FUTURE HOLDINGS CORPORATION, and LUMINANT MINING COMPANY, LLC,**

        **Defendants.**

CASE NO. 3:12:-cv-9022

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants Energy Future Holdings Corporation and Luminant Mining Company, LLC (collectively, "Defendants") respectfully submit this Motion to Dismiss For Lack of Jurisdiction or, in the alternative, Motion to Transfer Venue or, in the alternative, Motion to Dismiss for Failure to State a Claim.

For the reasons set forth in the accompanying Memorandum of Law, Defendants request that the Court dismiss Plaintiff's Amended Complaint because this Court has no jurisdiction over Defendants, both of which are Texas corporations with no offices, employees, operations or any other business presence in West Virginia and Plaintiff's claims arise out of Plaintiff's contacts to Defendants for the purpose of securing employment in Texas. In the alternative, Defendants request that the Court transfer this action to the Northern District of Texas, Dallas Division, because the acts about which Plaintiff complains occurred in Texas. In the further alternative, Defendants request that the Court dismiss Plaintiff's Amended Complaint because it fails to state a claim under the Fair Credit Reporting Act.

Pursuant to LR Civ. P. 7.1(a)(1), Defendants submit herewith the following exhibits in support of this Motion: the Affidavit of Elizabeth M. Bedell and exhibits thereto; the Affidavit of Betty Fleshman; the Affidavit of Maurice Floyd and exhibit thereto; the Affidavit of Darrell Jacobsen and exhibits thereto; and the Affidavit of Jonathan Lewis.

Respectfully submitted,

*/s/ Ann Marie Painter*
Erin Elizabeth Magee (WVBN #6078)
JACKSON KELLY PLLC
500 Lee Street East
P.O. Box 553
Charleston, WV 25322
(304) 340-1000 Telephone
(304) 340-1051 Fax
emagee@jacksonkellypllc.com

Ann Marie Painter (pro hac vice)
Elizabeth M. Bedell (pro hac vice)
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
(214) 466-4000 Telephone
(214) 466-4001 Fax
annmarie.painter@morganlewis.com
beth.bedell@morganlewis.com

Gregory T. Parks (pro hac vice)
Ezra Dodd Church (pro hac vice)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5000 Telephone
(215) 963-5001 Fax
gparks@morganlewis.com
echurch@morganlewis.com

*Counsel for Defendants, Energy Future Holdings Corp. and Luminant Mining Company, LLC*

DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN ALTERNATIVE, MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2013, I presented the foregoing document to the Clerk of Courts for filing and uploading to the CM/ECF system, which will send notification to the following CM/ECF participants:

John W. Barrett
Jonathan R. Marshall
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, Virginia 22030

                                                    */s/ Ann Marie Painter*
                                                    Counsel for Defendants

DB1/ 72926325.1