## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

**STEPHEN S. DREW, individually and on**
**behalf of a proposed class**

**Plaintiff**

**CASE NO. 3:12:-cv-9022**

**v.**

**ENERGY FUTURE HOLDINGS CORPORATION,**
**and LUMINANT MINING COMPANY, LLC,**

**Defendants.**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

## AFFIDAVIT OF JONATHAN LEWIS

Before me, the undersigned Notary Public, on this day personally appeared Jonathan Lewis, a person known by me, who stated the following:

1.      My name is Jonathan Lewis. I am of over 21 years of age, and I have never been convicted of a felony or of a crime involving moral turpitude. I make this Affidavit of my own personal knowledge, and could and would testify competently to the facts and statements herein if called upon to do so.

2.      I am employed by Luminant Generation Company LLC as a Human Resources Manager I. I work at Luminant Mining Company LLC's ("Luminant") Three Oaks Mine in Elgin, Texas. I also reside in Texas.

3.      I am familiar with Luminant's consideration of Stephen S. Drew ("Drew") for employment at the Three Oaks Mine in January or February 2012. In early February 2012, Eugene Holub ("Holub"), Mine Planning Supervisor at Three Oaks Mine, conducted a telephone

screening with Drew to decide whether to invite Drew for an in-person interview for the position of Senior Planning Technician. Holub called Drew from Elgin, Texas.

4.      After the telephone screening, Holub invited Drew to Three Oaks Mine for an in-person interview. Drew accepted Holub's invitation, and Holub and Drew met at the Three Oaks Mine in Elgin, Texas, on or around February 10, 2012.

5.      Subsequently, Luminant made Drew a conditional offer of employment.

6.      I hereby declare under penalty of perjury that the foregoing information is true and correct within my personal knowledge.

_____
Jonathan Lewis

_____
3-13-13
Date


Sworn to and subscribed to before me, a Notary Public, this _12_ day of March, 2013.

_____
Notary Public, State of Texas

My Commission Expires: _5-19-2013_

SHERRY D. BOOTHE
Notary Public, State of Texas
My Commission Expires
May 19, 2013