## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

**STEPHEN S. DREW, individually and on
behalf of proposed class,**

   **Plaintiff,**

**v.**            **Civil Action No.: 3:12-cv-9022**

**ENERGY FUTURE HOLDINGS CORPORATION,
and LUMINANT MINING COMPANY, LLC,**

   **Defendants.**

### ORDER

   The parties have submitted a stipulation to replace certain portions of filed exhibits and

pleadings with redacted documents.  Plaintiff submits that these documents contain confidential

personal information regarding the Plaintiff. Defendants submit that they have agreed to redact

the information identified herein, but, by so doing, Defendants do not waive and expressly

reserve any legal arguments regarding the confidentiality of the information redacted and

whether the information redacted constitutes "public information." Without prejudice to the

Defendants to raise future legal arguments, the Court orders that the Clerk replace the filed

documents with the redacted documents as requested in the stipulation.

   The Clerk is directed to send copies of this order to all counsel of record.

   **ENTERED:**  this _22_ day of _March_____, 2013.

                _____

            Robert C. Chambers, Judge