IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

STEPHEN S. DREW, individually and on
behalf of a proposed class,

        Plaintiff,

v.                              CIVIL ACTION NO.   3:12-9022

ENERGY FUTURE HOLDINGS CORPORATION and
LUMINANT MINING COMPANY, LLC,

        Defendants.

**ORDER**

    By Order entered on this date (ECF No. 28), this Court ordered the Clerk of Court to replace confidential documents attached to Defendant's Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, Motion to Transfer Venue or, in the Alternative, Motion to Dismiss for Failure to State a Claim (ECF No. 25) and Memorandum in Support of the Motion (ECF No. 26), with redacted documents.  To follow proper Electronic Case Filing system procedures, the Court amends the Order and directs the Clerk of Court to **SEAL** the following attachments to ECF No. 25:   25-1, 25-3, 25-4 and ECF No. 26.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:      March 22, 2013

        _____
        ROBERT C. CHAMBERS, CHIEF JUDGE